In re:  Case No. 23-02287-HWV

Laura A. Lloyd  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2

Date Rcvd: Nov 09, 2023  Form ID: ntcnfhrg  Total Noticed: 18

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura A. Lloyd, 237 Chestnut Street, Wrightsville, PA 17368-1518 |
| 5570712 | | Synchrony Bank, PO Box 41715, Philadelphia, PA 19176-1715 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5570700 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 09 2023 18:48:43 | Best Buy Credit Services, PO Box 70601, Philadelphia, PA 19176-0601 |
| 5570701 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 09 2023 18:48:43 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5570704 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 09 2023 18:48:43 | Citicard CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 5570705 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 09 2023 18:48:43 | Citicards CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 5570706 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 09 2023 18:43:00 | Comenity Bank/LNBryant, PO Box 182789, Columbus, OH 43218-2789 |
| 5572016 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 09 2023 18:43:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 5570707 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 09 2023 18:43:00 | FNB OMAHA, PO Box 3412, Omaha, NE 68197 |
| 5570708 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 09 2023 18:48:42 | JPMCB-Card Services, 301 N Walnut St. Floor 09, Wilmington, DE 19801 |
| 5576566 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 09 2023 18:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5570709 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 09 2023 18:43:00 | Lakeview Loan Servicing LLC, Attn: Customer Service, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 5570710 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 09 2023 18:48:30 | Merrick Bank, 10705 S Jordan Gtwy Ste 200, South Jordan, UT 84095-3977 |
| 5570711 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 09 2023 18:48:28 | SYNCB/Amazon PLCC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5570713 | + | Email/Text: bncmail@w-legal.com | Nov 09 2023 18:43:00 | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Minneapolis, MN 55445-4301 |
| 5570714 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 09 2023 18:48:33 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 5572165 | ^ | MEBN | Nov 09 2023 18:43:24 | Upstart Network, Inc, PO BOX 1931, Burlingame, |

| | | | | |
|---|---|---|---|---|
| 5570715 | + | Email/Text: LCI@upstart.com | | CA 94011-1931 |
| | | | Nov 09 2023 18:43:00 | Upstart Network, Inc., 2950 South Delaware Street, San Mateo, CA 94403-2580 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5570702 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5570703 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| Michael R Caum | on behalf of Debtor 1 Laura A. Lloyd mikecaumesq@comcast.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Laura A. Lloyd,   Chapter   13

**Debtor 1**

Case No.   1:23−bk−02287−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 6, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: December 13, 2023<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 9, 2023 |

ntcnfhrg (08/21)