IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Laura A. Lloyd : Case No. 23-02287
      Debtor :
            : Chapter 13

### AMENDED CERTIFICTE OF SERVICE

I, Michael R. Caum, Esquire, attorney for the Debtor, hereby certify that I served a copy of the foregoing *First Amended Plan and Notice to Creditors and Other Parties of Interest* upon the persons indicated below by electronic service to:

Jack Zaharopoulos, Esquire
info@pamd13trustee.com

United States Trustee
via electronic filing

By U.S. first class mail:

Date: 03/27/2024        /s/: Michael R. Caum
                                            Michael R. Caum, Esq.
                                            Attorney I.D. No. 87397
                                            PO Box 272
                                            Shrewsbury, PA 17361
                                            mikecaumesq@comcast.net
                                            (717) 227-8039

Best Buy Credit Services
PO Box 70601
Philadelphia, PA

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Capital One, N.A.
By American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Citibank, N.A.
5800 S. Corporate Pl
Sioux Falls, SD 57108-5027

Citicard CBNA
5800 South Corporate Place
Mail Code 234
Sioux Falls, SC 57108-5027

Comenity Bank/LNBryant
PO Box 182789
Columbus, OH 43218-2789

First National Bank of Omaha
1620 Dodge Street
Stop Code 3113
Omaha, NE 69102-1593

JPMorgan Chase Bank, N.A.
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

JPMorgan Chase, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
PO Box 9013
Addison, TX 75001-9013

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0368

Lakeview Loan Servicing, LLC
Attn: Customer Service
PO Box 8068
Virginia Beach, VA 23450-8068

Lakeview Loan Servicing, LLC
c/o LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452-4262

Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank
10705 S. Jordan Gtwy, Ste. 200
South Jordan, UT 84095-3977

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 32541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

SYNCB/Amazon PLCC
4125 Windward Plaza
Alpharetta, GA 30005-8738

Synchrony Bank
PO Box 41715
Philadelphia, PA 19176-1712

TD Bank USA, N.A.
c/o Weinstein & Riley, P.S.
1415 Western Avenue, Ste. 700
Seattle, WAS 98101-2051

TD Bank USA/Target Credit
7000 Target Parkway N.

Mail
Stop NCD-0450
Minneapolis, MN 55445-4301

THD/CBNA
One Court Square
Long Island City, NY 11120-0001

Upstart Network, Inc.
PO Box 1931
Burlingame, CA 94011-1931

Upstart Network, Inc.
2950 South Delaware Street
San Mateo, CAS 94403-2577